

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 11, 2018.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re | § § | |
| BIG RACQUES RANCHES LLC | § § § § | Case No. 18-52328-CAG |
| Debtor | § | |

### ORDER CONVERTING CASE TO CHAPTER 7

On December 10, 2018 day the Court conducted a hearing on the Motion of Capital Farm Credit, FLCA to Convert or, in the Alternative, to Dismiss Case.

Upon consideration of the evidence presented and the argument of counsel, the Court finds and concludes that it is in the best interest of creditors that the case should be and is hereby

CONVERTED to a case under chapter 7 of the Bankruptcy Code. It is further,

ORDERED that the United States Trustee shall appoint a chapter 7 trustee in this case.

###

Order submitted by:

Patrick H. Autry