## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | Case No. 18-52328-CAG |
| | § | |
| BIG RACQUES RANCH, LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>11</u> of the United States Bankruptcy Code was filed on <u>10/01/2018</u>. The case was converted to one under Chapter 7 on 12/11/2018. The undersigned trustee was appointed on <u>12/11/2018</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $1,527,333.54

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $1,335,000.00 |
   | Administrative expenses | $124,075.90 |
   | Bank service fees | $0.00 |
   | Other Payments to creditors | $63,905.04 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $4,352.60 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was <u>10/03/2019</u> and the deadline for filing government claims was <u>06/09/2019</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$69,070.01</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$65,000.00</u> as interim compensation and now requests the sum of <u>$4,070.01</u>, for a total compensation of <u>$69,070.01</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$1,239.10,</u> for total expenses of <u>$1,239.10</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>04/30/2020</u>                   By:   <u>/s/ Johnny W. Thomas</u>
                                                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:  1          Exhibit A

| | |
|---|---|
| **Case No.:** 18-52328-G-7 | **Trustee Name:** Johnny W. Thomas |
| **Case Name:** BIG RACQUES RANCH, LLC | **Date Filed (f) or Converted (c):** 12/11/2018 (c) |
| **For the Period Ending:** 4/30/2020 | **§341(a) Meeting Date:** 01/15/2019 |
| | **Claims Bar Date:** 10/03/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 1,993 acres in Del Rio, Texas (Val Verde County) | $1,300,000.00 | $0.00 | | $950,000.00 | FA |
| 2 | 100 acres In Leming, Texas (Atascosa County) | $650,000.00 | $564,013.16 | | $575,100.00 | FA |
| 3 | Southrust Bank Checking account 6 0 9 4 | $2,600.00 | $0.00 | | $0.00 | FA |
| 4 | 90 days old or less:$0.00 face amount- $0.00 doubtful or uncollectible accounts= 0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Over 90 days old: $0.00 face amount- $0.00 doubtful or uncollectible accounts= 0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Linday Pivot System (3 systems at $25,000.00 each) | $75,000.00 | $0.00 | | $0.00 | FA |
| 7 | Patronage refund                              (u) | $0.00 | $2,233.54 | | $2,233.54 | FA |

**TOTALS (Excluding unknown value)**                **Gross Value of Remaining Assets**

| | $2,027,600.00 | $566,246.70 | | $1,527,333.54 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

03/20/2020    Pending tax return and payment to IRS, then TFR.

09/01/2019    Both ranches sold, pending distribution.

03/01/2019    Application to Employ realtor approved for sale of realty in Atascosa and Val Verde counties.

**Initial Projected Date Of Final Report (TFR):**    10/01/2019          **Current Projected Date Of Final Report (TFR):**    05/30/2020          /s/ JOHNNY W. THOMAS

JOHNNY W. THOMAS

Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 18-52328-G-7 | | | Trustee Name: | Johnny W. Thomas | |
| Case Name: | BIG RACQUES RANCH, LLC | | | Bank Name: | Independent Bank | |
| Primary Taxpayer ID #: | **-***3384 | | | Checking Acct #: | ******2328 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 10/1/2018 | | | Blanket bond (per case limit): | $89,692,000.00 | |
| For Period Ending: | 4/30/2020 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/25/2019 | (7) | Capital Farm Credit | patronage refund | | 1129-000 | $2,233.54 | | $2,233.54 |
| 08/15/2019 | | Martin Abstract Company Jourdanton | sale of real prperty docket #56 | | * | $523,518.74 | | $525,752.28 |
| | {2} | | sale of real property #56 | $575,000.00 | 1110-000 | | | $525,752.28 |
| | | | realtor commissions | $(34,500.00) | 3510-000 | | | $525,752.28 |
| | | | taxes | $(12,204.91) | 2820-000 | | | $525,752.28 |
| | | | closing costs | $(4,776.35) | 2500-000 | | | $525,752.28 |
| 08/20/2019 | 3001 | Johnny W. Thomas, Law Office P. C. | Filing fee on Motion to Sell Real Property Docket #67 | | 2700-000 | | $181.00 | $525,571.28 |
| 08/22/2019 | | Stewart Title Company | Sale of Real property docket #67 | | * | $819,183.20 | | $1,344,754.48 |
| | {1} | | sale of real property | $950,000.00 | 1110-000 | | | $1,344,754.48 |
| | | | realtor commissions | $(57,000.00) | 3510-000 | | | $1,344,754.48 |
| | | | closing costs | $(6,339.92) | 2500-000 | | | $1,344,754.48 |
| | | | mortgage payoff | $(63,905.04) | 4110-000 | | | $1,344,754.48 |
| | | | taxes | $(3,571.84) | 2820-000 | | | $1,344,754.48 |
| 09/25/2019 | (2) | Amanda Wrigley | option fee | | 1110-000 | $100.00 | | $1,344,854.48 |
| 10/04/2019 | 3002 | Johnny W. Thomas | Trustee Compensation | | 2100-000 | | $50,000.00 | $1,294,854.48 |
| 10/04/2019 | 3003 | Capital Farm Credit, FLCA | Distribution on Claim #: 4; | | 4110-000 | | $1,247,858.60 | $46,995.88 |
| 10/04/2019 | 3004 | U.S. Trustee | Distribution on Claim #: 5; | | 5800-000 | | $325.00 | $46,670.88 |
| 10/04/2019 | 3005 | Leonard May | Distribution on Claim #: 10; | | 7100-000 | | $1,816.40 | $44,854.48 |
| 10/17/2019 | 3006 | INTERNATIONAL SURETIES | Bond #016071777 | | 2300-000 | | $15.88 | $44,838.60 |
| 03/30/2020 | 3007 | Johnny W. Thomas | Trustee Compensation | | 2100-000 | | $15,000.00 | $29,838.60 |
| 03/30/2020 | 3008 | Leonard May | Distribution on Claim #: 10; | | 7100-000 | | $20,000.00 | $9,838.60 |
| 04/06/2020 | 3009 | United States Treasury | Docket #91, payment o tax liability | | 2810-000 | | $4,486.00 | $5,352.60 |
| 04/20/2020 | 3010 | Janet Rakowitz | Docket #94 Order to pay Accountant | | 3410-000 | | $1,000.00 | $4,352.60 |
| | | | **SUBTOTALS** | | | $1,345,035.48 | $1,340,682.88 | |

Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-52328-G-7 | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|
| Case Name: | BIG RACQUES RANCH, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3384 | | Checking Acct #: | ******2328 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/1/2018 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 4/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | TOTALS: | | | $1,345,035.48 | $1,340,682.88 | $4,352.60 |
| | | Less: Bank transfers/CDs | | | $0.00 | $0.00 | |
| | | Subtotal | | | $1,345,035.48 | $1,340,682.88 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $1,345,035.48 | $1,340,682.88 | |

**For the period of 10/1/2018 to 4/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,527,333.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,527,333.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,522,980.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,522,980.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/25/2019 to 4/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,527,333.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,527,333.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,522,980.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,522,980.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit B

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 18-52328-G-7 | |
| Case Name: | BIG RACQUES RANCH, LLC | |
| Primary Taxpayer ID #: | **-***3384 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/1/2018 | |
| For Period Ending: | 4/30/2020 | |

| | |
|---|---|
| Trustee Name: | Johnny W. Thomas |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******2328 |
| Account Title: | |
| Blanket bond (per case limit): | $89,692,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $1,345,035.48 | $1,340,682.88 | $4,352.60 |

**For the period of 10/1/2018 to 4/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,527,333.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,527,333.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,522,980.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,522,980.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/11/2018 to 4/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,527,333.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,527,333.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,522,980.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,522,980.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHNNY W. THOMAS

JOHNNY W. THOMAS

| Case No.: | 18-52328-G-7 | | | | | Trustee Name: | Johnny W. Thomas | | | | |
| Case Name: | BIG RACQUES RANCH, LLC | | | | | Date: | 4/30/2020 | | | | |
| Claims Bar Date: | 10/03/2019 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JOHNNY W. THOMAS<br><br>1153 E. Commerce<br>St. Paul Square<br>San Antonio TX 78205-3305 | 09/06/2019 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $69,070.01 | $69,070.01 | $65,000.00 | $0.00 | $0.00 | $4,070.01 |
| | JOHNNY W. THOMAS LAW OFFICE P. C.<br><br>1149 East Commerce<br>Ste. 104<br>San Antonio TX 78205 | 03/05/2020 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $1,239.10 | $1,239.10 | $0.00 | $0.00 | $0.00 | $1,239.10 |
| | JOHNNY W. THOMAS<br><br>1153 E. Commerce<br>St. Paul Square<br>San Antonio TX 78205-3305 | 04/30/2020 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | COMSTOCK ISD<br>c/o Tara LeDay<br>PO Box 1269<br>Round Rock TX 78680-1269 | 10/10/2018 | SECURED | Disallowed | 4110-000 | $0.00 | $367.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | paid at closing | | | | | | | | | | | |
| 2 | VAL VERDE COUNTY<br>c/o Don Stecker<br>711 Navarro, Suite 300<br>San Antonio TX 78205 | 10/10/2018 | SECURED | Disallowed | 4110-000 | $0.00 | $172.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (2-2) Amended Proof of Claim paid at closing | | | | | | | | | | | |
| 3 | ATASCOSA COUNTY<br>c/o Don Stecker<br>711 Navarro, Suite 300<br>San Antonio TX 78205 | 10/10/2018 | SECURED | Disallowed | 4110-000 | $0.00 | $11,086.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | paid at closing | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

Exhibit C

| Case No. | 18-52328-G-7 | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|
| Case Name: | BIG RACQUES RANCH, LLC | Date: | 4/30/2020 |
| Claims Bar Date: | 10/03/2019 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CAPITAL FARM CREDIT, FLCA c/o Patrick H. Autry Branscomb PC 711 Navarro, Suite 500 San Antonio TX 78205 | 11/07/2018 | SECURED | Amended | 4110-000 | $0.00 | $1,247,858.60 | $0.00 | $1,247,858.60 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Amended claim | | | | | | | | | | | |
| 5 | U.S. TRUSTEE 615 E. Houston, Room 533 San Antonio TX 78205 | 02/14/2019 | OTHER PRIORITY | Allowed | 5800-000 | $0.00 | $325.00 | $325.00 | $325.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (5-1) Fees under Chapter 123 of Title 28, United States Code | | | | | | | | | | | |
| 6 | ATASCOSA COUNTY c/o Don Stecker 711 Navarro, Suite 300 San Antonio TX 78205 | 03/13/2019 | SECURED | Disallowed | 4110-000 | $0.00 | $862.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (6-1) Administrative Claim   paid at closing | | | | | | | | | | | |
| 7 | VAL VERDE COUNTY c/o Don Stecker 711 Navarro, Suite 300 San Antonio TX 78205 | 03/13/2019 | SECURED | Disallowed | 4110-000 | $0.00 | $172.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (7-1) Administrative Claim(7-2) Amended Administrative Proof of Claim  /paid at closing | | | | | | | | | | | |
| 8 | COMSTOCK ISD c/o Tara LeDay PO Box 1269 Round Rock TX 78680-1269 | 07/09/2019 | SECURED | Withdrawn | 4110-000 | $0.00 | $26,464.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (8-1) *CLAIM WITHDRAWN PER NOTICE FILED ON 7/9/19* | | | | | | | | | | | |
| 9 | COMSTOCK ISD c/o Tara LeDay PO Box 1269 Round Rock TX 78680-1269 | 07/10/2019 | SECURED | Disallowed | 4110-000 | $0.00 | $385.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | paid at closing | | | | | | | | | | | |
| 10 | LEONARD MAY 206 Sisterdale Rd Boerne TX 78006 | 08/23/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $21,816.40 | $21,846.40 | $21,816.40 | $0.00 | $0.00 | $30.00 |
| | | | | | | | $1,379,821.55 | $92,480.51 | $1,335,000.00 | $0.00 | $0.00 | $5,339.11 |

CLAIM ANALYSIS REPORT

Exhibit C

| | |
|---|---|
| **Case No.** | 18-52328-G-7 |
| **Case Name:** | BIG RACQUES RANCH, LLC |
| **Claims Bar Date:** | 10/03/2019 |

| | |
|---|---|
| **Trustee Name:** | Johnny W. Thomas |
| **Date:** | 4/30/2020 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $69,070.01 | $69,070.01 | $65,000.00 | $0.00 | $0.00 | $4,070.01 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $1,239.10 | $1,239.10 | $0.00 | $0.00 | $0.00 | $1,239.10 |
| OTHER PRIORITY | $325.00 | $325.00 | $325.00 | $0.00 | $0.00 | $0.00 |
| SECURED | $1,287,371.04 | $0.00 | $1,247,858.60 | $0.00 | $0.00 | $0.00 |
| UNSECURED | $21,816.40 | $21,846.40 | $21,816.40 | $0.00 | $0.00 | $30.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       18-52328-CAG
Case Name:      BIG RACQUES RANCH, LLC
Trustee Name:   Johnny W. Thomas

Balance on hand:            $4,352.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Capital Farm Credit, FLCA | $1,247,858.60 | $0.00 | $1,247,858.60 | $0.00 |

Total to be paid to secured creditors:            $0.00
Remaining balance:            $4,352.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Johnny W. Thomas, Trustee Fees | $69,070.01 | $65,000.00 | $4,070.01 |
| Johnny W. Thomas Law Office P. C., Trustee Expenses | $1,239.10 | $0.00 | $282.59 |
| Janet Rakowitz, Accountant for Trustee Fees | $1,000.00 | $1,000.00 | $0.00 |
| Johnny W. Thomas, Law Office P. C., Clerk of the Court Costs | $181.00 | $181.00 | $0.00 |
| Other: realtor commissions, Realtor for Trustee Fees | $91,500.00 | $91,500.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:            $4,352.60
Remaining balance:            $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:            $0.00
Remaining balance:            $0.00

UST Form 101-7-TFR (5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $325.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | U.S. Trustee | $325.00 | $325.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $21,846.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 10 | Leonard May | $21,846.40 | $21,816.40 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00