**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**

| In re: | § | Case No. 18-52328-CAG |
|---|---|---|
| | § | |
| BIG RACQUES RANCH, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Johnny W. Thomas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $77,600.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,333,905.04 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $193,428.50 | | |

3) Total gross receipts of $1,527,333.54 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,527,333.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,351,276.08 | $1,311,763.64 | $1,311,763.64 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $194,385.01 | $194,385.01 | $193,428.50 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $325.00 | $325.00 | $325.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $21,816.40 | $21,846.40 | $21,816.40 |
| **Total Disbursements** | $0.00 | $1,567,802.49 | $1,528,320.05 | $1,527,333.54 |

4). This case was originally filed under chapter 11 on 10/01/2018. The case was converted to one under Chapter 7 on 12/11/2018. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2020      By: /s/ Johnny W. Thomas
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1,993 acres in Del Rio, Texas (Val Verde County) | 1110-000 | $950,000.00 |
| 100 acres In Leming, Texas (Atascosa County) | 1110-000 | $575,100.00 |
| Patronage refund | 1129-000 | $2,233.54 |
| **TOTAL GROSS RECEIPTS** | | $1,527,333.54 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Comstock ISD | 4110-000 | $0.00 | $367.51 | $0.00 | $0.00 |
| 2 | Val Verde County | 4110-000 | $0.00 | $172.72 | $0.00 | $0.00 |
| 3 | Atascosa County | 4110-000 | $0.00 | $11,086.84 | $0.00 | $0.00 |
| 4 | Capital Farm Credit, FLCA | 4110-000 | $0.00 | $1,247,858.60 | $1,247,858.60 | $1,247,858.60 |
| 6 | Atascosa County | 4110-000 | $0.00 | $862.00 | $0.00 | $0.00 |
| 7 | Val Verde County | 4110-000 | $0.00 | $172.72 | $0.00 | $0.00 |
| 8 | Comstock ISD | 4110-000 | $0.00 | $26,464.72 | $0.00 | $0.00 |
| 9 | Comstock ISD | 4110-000 | $0.00 | $385.93 | $0.00 | $0.00 |
| | mortgage payoff | 4110-000 | $0.00 | $63,905.04 | $63,905.04 | $63,905.04 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,351,276.08 | $1,311,763.64 | $1,311,763.64 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Johnny W. Thomas, Trustee | 2100-000 | NA | $69,070.01 | $69,070.01 | $69,070.01 |
| Johnny W. Thomas Law Office P. C., Trustee | 2200-000 | NA | $1,239.10 | $1,239.10 | $282.59 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $15.88 | $15.88 | $15.88 |
| closing costs | 2500-000 | NA | $11,116.27 | $11,116.27 | $11,116.27 |
| Johnny W. Thomas, Law Office P. C. | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| United States Treasury | 2810-000 | NA | $4,486.00 | $4,486.00 | $4,486.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| taxes | 2820-000 | NA | $15,776.75 | $15,776.75 | $15,776.75 |
| Janet Rakowitz, Accountant for Trustee | 3410-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| realtor commissions, Realtor for Trustee | 3510-000 | NA | $91,500.00 | $91,500.00 | $91,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $194,385.01 | $194,385.01 | $193,428.50 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | U.S. Trustee | 5800-000 | $0.00 | $325.00 | $325.00 | $325.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $325.00 | $325.00 | $325.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Leonard May | 7100-000 | $0.00 | $21,816.40 | $21,846.40 | $21,816.40 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $21,816.40 | $21,846.40 | $21,816.40 |

FORM 1

Page No: 1    Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 18-52328-G-752328 | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|
| Case Name: | BIG RACQUES RANCH, LLC | Date Filed (f) or Converted (c): | 12/11/2018 (c) |
| For the Period Ending: | 9/17/2020 | §341(a) Meeting Date: | 01/15/2019 |
| | | Claims Bar Date: | 10/03/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 1,993 acres in Del Rio, Texas (Val Verde County) | $1,300,000.00 | $0.00 | | $950,000.00 | FA |
| 2 | 100 acres In Leming, Texas (Atascosa County) | $650,000.00 | $564,013.16 | | $575,100.00 | FA |
| 3 | Southrust Bank Checking account 6 0 9 4 | $2,600.00 | $0.00 | | $0.00 | FA |
| 4 | 90 days old or less:$0.00 face amount- $0.00 doubtful or uncollectible accounts= 0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Over 90 days old: $0.00 face amount- $0.00 doubtful or uncollectible accounts= 0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Linday Pivot System (3 systems at $25,000.00 each) | $75,000.00 | $0.00 | | $0.00 | FA |
| 7 | Patronage refund (u) | $0.00 | $2,233.54 | | $2,233.54 | FA |
| **TOTALS (Excluding unknown value)** | | **$2,027,600.00** | **$566,246.70** | | **$1,527,333.54** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

| 03/20/2020 | Pending tax return and payment to IRS, then TFR. |
| 09/01/2019 | Both ranches sold, pending distribution. |
| 03/01/2019 | Application to Employ realtor approved for sale of realty in Atascosa and Val Verde counties. |

| **Initial Projected Date Of Final Report (TFR):** | 10/01/2019 | **Current Projected Date Of Final Report (TFR):** | 05/30/2020 | /s/ JOHNNY W. THOMAS |
|---|---|---|---|---|
| | | | | JOHNNY W. THOMAS |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-52328-G-752328 | | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|---|
| Case Name: | BIG RACQUES RANCH, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3384 | | | Checking Acct #: | ******2328 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/1/2018 | | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 9/17/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/25/2019 | (7) | Capital Farm Credit | patronage refund | 1129-000 | $2,233.54 | | $2,233.54 |
| 08/15/2019 | | Martin Abstract Company Jourdanton | sale of real prperty docket #56 | * | $523,518.74 | | $525,752.28 |
| | {2} | | sale of real property #56    $575,000.00 | 1110-000 | | | $525,752.28 |
| | | | realtor commissions    $(34,500.00) | 3510-000 | | | $525,752.28 |
| | | | taxes    $(12,204.91) | 2820-000 | | | $525,752.28 |
| | | | closing costs    $(4,776.35) | 2500-000 | | | $525,752.28 |
| 08/20/2019 | 3001 | Johnny W. Thomas, Law Office P. C. | Filing fee on Motion to Sell Real Property Docket #67 | 2700-000 | | $181.00 | $525,571.28 |
| 08/22/2019 | | Stewart Title Company | Sale of Real property docket #67 | * | $819,183.20 | | $1,344,754.48 |
| | {1} | | sale of real property    $950,000.00 | 1110-000 | | | $1,344,754.48 |
| | | | realtor commissions    $(57,000.00) | 3510-000 | | | $1,344,754.48 |
| | | | closing costs    $(6,339.92) | 2500-000 | | | $1,344,754.48 |
| | | | mortgage payoff    $(63,905.04) | 4110-000 | | | $1,344,754.48 |
| | | | taxes    $(3,571.84) | 2820-000 | | | $1,344,754.48 |
| 09/25/2019 | (2) | Amanda Wrigley | option fee | 1110-000 | $100.00 | | $1,344,854.48 |
| 10/04/2019 | 3002 | Johnny W. Thomas | Trustee Compensation | 2100-000 | | $50,000.00 | $1,294,854.48 |
| 10/04/2019 | 3003 | Capital Farm Credit, FLCA | Distribution on Claim #: 4; | 4110-000 | | $1,247,858.60 | $46,995.88 |
| 10/04/2019 | 3004 | U.S. Trustee | Distribution on Claim #: 5; | 5800-000 | | $325.00 | $46,670.88 |
| 10/04/2019 | 3005 | Leonard May | Distribution on Claim #: 10; | 7100-000 | | $1,816.40 | $44,854.48 |
| 10/17/2019 | 3006 | INTERNATIONAL SURETIES | Bond #016071777 | 2300-000 | | $15.88 | $44,838.60 |
| 03/30/2020 | 3007 | Johnny W. Thomas | Trustee Compensation | 2100-000 | | $15,000.00 | $29,838.60 |
| 03/30/2020 | 3008 | Leonard May | Distribution on Claim #: 10; | 7100-000 | | $20,000.00 | $9,838.60 |
| 04/06/2020 | 3009 | United States Treasury | Docket #91, payment o tax liability | 2810-000 | | $4,486.00 | $5,352.60 |
| 04/20/2020 | 3010 | Janet Rakowitz | Docket #94 Order to pay Accountant | 3410-000 | | $1,000.00 | $4,352.60 |
| 07/29/2020 | 3011 | Johnny W. Thomas | Trustee Compensation | 2100-000 | | $4,070.01 | $282.59 |
| 07/29/2020 | 3012 | Johnny W. Thomas Law Office P. C. | Trustee Expenses | 2200-000 | | $282.59 | $0.00 |

SUBTOTALS    $1,345,035.48    $1,345,035.48

Page No: 2   Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-52328-G-752328 | | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|---|
| Case Name: | BIG RACQUES RANCH, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3384 | | | Checking Acct #: | ******2328 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/1/2018 | | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 9/17/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,345,035.48 | $1,345,035.48 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,345,035.48 | $1,345,035.48 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,345,035.48 | $1,345,035.48 | |

| For the period of 10/1/2018 to 9/17/2020 | | For the entire history of the account between 04/25/2019 to 9/17/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,527,333.54 | Total Compensable Receipts: | $1,527,333.54 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,527,333.54 | Total Comp/Non Comp Receipts: | $1,527,333.54 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,527,333.54 | Total Compensable Disbursements: | $1,527,333.54 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,527,333.54 | Total Comp/Non Comp Disbursements: | $1,527,333.54 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 18-52328-G-752328 | | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|---|
| Case Name: | BIG RACQUES RANCH, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3384 | | | Checking Acct #: | ******2328 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/1/2018 | | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 9/17/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,345,035.48 | $1,345,035.48 | $0.00 |

**For the period of 10/1/2018 to 9/17/2020**

| | |
|---|---:|
| Total Compensable Receipts: | $1,527,333.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,527,333.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,527,333.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,527,333.54 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/11/2018 to 9/17/2020**

| | |
|---|---:|
| Total Compensable Receipts: | $1,527,333.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,527,333.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,527,333.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,527,333.54 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHNNY W. THOMAS

JOHNNY W. THOMAS